# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| WAVELAND, LTD., | * | |
| Plaintiff, | * | No. 05-1349C |
| v. | * | Filed: February 17, 2006 |
| UNITED STATES OF AMERICA, | * | |
| Defendant, | * | |
| * * * * * * | * | |

**ORDER**

The parties' joint motion for stay of proceedings until 14 days after the conclusion of ADR is GRANTED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge