# In the United States Court of Federal Claims

* * * * * * *

WAVELAND, LTD., *

Plaintiff, * No. 05-1349C

v. * Filed: April 24, 2008

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

We ask the parties to file a joint status report on or before May 1 informing the court of the status of this case.

.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge